IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE J. SALATA,<br>    Petitioner<br><br>    v.<br><br>KATHY BRITTAIN, et al.,<br>    Respondents | No. 1:22-cv-00299<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, on this 24th day of May 2023, upon consideration of pro se Petitioner George J. Salata ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2254 (Doc. No. 1) and his motion to stay the proceedings (Doc. No. 20), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED**;

2. Petitioner's motion to stay the proceedings (Doc. No. 20) is **DENIED as moot**;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge